Nr, Judge.
T/h-j.-e the tblir;. r r r 7 -v ■ : u;. - .j-i 1 í’/;úv>iisirc>, a symbolioai ddi.,. ¡ . : ' y;v, ' ,■ ■ ■? > j ; , , .7 v>',-.¡ry. The hon.i w».: i» Ai. y: . ; r 7.3 0. iir^rni; riid far gi 7 ia cv.-i.'"'.’1:01 "1 • -, ho-;; . -Í. gro o-■ 10 not In*,;, ‘.w or tV ; : . 5,. to i-ier;,. ih'i 7‘J.v. 1 y o7 -i.-r, t-n- ok cora v.\u o g „•.= ir7: y, di.-;L>¥cf.j n uu-n-a r>i ;7l?;„
C'doro tr; :r r venJioc -.or tbc coUriN".)',